UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, on behalf of itself and on behalf of LABORERS LOCAL UNION NO,. 185,<br><br>         Petitioner,<br><br>    v.<br><br>CHEVREAUX AGGREGATES, INC., et al.,<br><br>         Respondents.<br>_____/ | No. 2:11-cv-2228-MCE-KJN<br><br>PRETRIAL SCHEDULING ORDER |

After reviewing the parties' Joint Status Report, the Court makes the following Pretrial Scheduling Order.

I.   SERVICE OF PROCESS

All named Defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.  ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.

///

1

III. <u>JURISDICTION/VENUE</u>

Jurisdiction is predicated upon 29 U.S.C. section 185(a). Jurisdiction and venue are not contested.

VI.   <u>MOTION HEARING SCHEDULE</u>

The parties have agreed that this matter will be decided by motion practice.  As proposed by the parties, these motions will be governed by the following parameters.

The last day to hear motions shall be **June 28, 2012.**  The parties shall comply with the following filing deadlines:

| | |
|---|---|
| Initial motion | filed at least 8 weeks prior to hearing |
| Opposition and any cross-motion | filed at least 5 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | filed at least 1 week prior to hearing |

The parties are directed to the Court's website for available hearing dates.  (www.caed.uscourts.gov → choose Court Calendar → choose Judge England → choose More Calendaring Information)

The Court places a page limit for points and authorities (exclusive of exhibits and other supporting documentation) of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies.  All requests for page limit increases must be made in writing to the Court setting forth any and all reasons for any increase in page limit at least fourteen (14) days prior to the filing of the motion.

///

1    For the Court's convenience, citations to Supreme Court
2 cases should include parallel citations to the Supreme Court
3 Reporter.
4    V.   VOLUNTARY DISPUTE RESOLUTION PROGRAM
5    Pursuant to Local Rule 271 parties will need to lodge a
6 stipulation and proposed order requesting referral to the
7 Voluntary Dispute Resolution Program.
8    VI.  MODIFICATION OF PRETRIAL SCHEDULING ORDER
9    The parties are reminded that pursuant to Rule 16(b) of the
10 Federal Rules of Civil Procedure, the Pretrial Scheduling Order
11 shall not be modified except by leave of court upon a showing of
12 **good cause**.  Agreement by the parties pursuant to stipulation
13 alone to modify the Pretrial Scheduling Order does not constitute
14 good cause. Except in extraordinary circumstances, unavailability
15 of witnesses or counsel will not constitute good cause.
16    VII. OBJECTIONS TO PRETRIAL SCHEDULING ORDER
17    This Pretrial Scheduling Order will become final without
18 further order of the Court unless objections are filed within
19 seven (7) court days of service of this Order.
20    IT IS SO ORDERED.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE