1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  DANIEL S. BROME, Bar No. 278915
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6          clozano@unioncounsel.net
           dbrome@unioncounsel.net
7
   Attorneys for Petitioner
8

9  LARRY M. KAZANJIAN, Bar No. 071441
   PALMER KAZANJIAN WOHL HODSON LLP
10 520 Capitol Mall, Suite 600
   Sacramento, CA 95814
11 Telephone  (916) 442-3552
   Fax  (916) 442-3606
12
   Attorneys for Respondent
13 GREEN VISTA HOLDINGS, LLC

14                UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17
   NORTHERN CALIFORNIA DISTRICT            No. 11-CV-02228-MCE-KJN
18 COUNCIL OF LABORERS, on behalf of itself
   and on behalf of LABORERS LOCAL UNION    **STIPULATION FOR DISMISSAL**
19 NO. 185,                                 **WITH PREJUDICE; ORDER**

20                          Petitioner,

21        v.

22 CHEVREAUX AGGREGATES, INC.; and
   GREEN VISTA HOLDINGS, LLC, Successor
23 in Interest of CHEVREAUX AGGREGATES,
   INC.,
24
25                          Respondent.

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

                                1
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 11-CV-02228-MCE-KJN

NOTICE IS HEREBY GIVEN that Petitioner and Respondent GREEN VISTA HOLDINGS, LLC ("GVH") stipulate to voluntarily dismiss Respondent GVH from the above-captioned action with prejudice.  Petitioner and Respondent GVH have agreed upon a resolution of this matter with each side bearing its own fees and costs. Accordingly, Petitioner and Respondent GVH respectfully request that the Court dismiss the action against GREEN VISTA HOLDINGS, LLC.

This stipulation does not affect the status of Respondent CHEVREAUX AGGREGATES, INC.

Dated:  June 6, 2012                         WEINBERG, ROGER & ROSENFELD
                                             A Professional Corporation


                                             _/s/ Daniel S. Brome_
                                 By:         DANIEL S. BROME
                                             Attorneys for Petitioner


Dated:  June 6, 2012                         PALMER KAZANJIAN WOHL HODSON LLP


                                 By:         _____
                                             LARRY M. KAZANJIAN
                                             Attorneys for Respondent
                                             GREEN VISTA HOLDINGS, LLC

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 11-CV-02228-MCE-KJN

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

## <u>ORDER</u>

Petitioner has resolved this matter with respect to Respondent GREEN VISTA HOLDINGS, LLC, and requested that this Court dismiss that Respondent with prejudice.

IT IS HEREBY ORDERED that the action against Respondent GREEN VISTA HOLDINGS, LLC, be dismissed pursuant to the foregoing Stipulation with prejudice.

Dated:  June 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 11-CV-02228-MCE-KJN

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001