BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         clozano@unioncounsel.net
         dbrome@unioncounsel.net

Attorneys for Petitioner


LARRY M. KAZANJIAN, Bar No. 071441
PALMER KAZANJIAN WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone  (916) 442-3552
Fax  (916) 442-3606

Attorneys for Respondent
GREEN VISTA HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, on behalf of itself and on behalf of LABORERS LOCAL UNION NO. 185,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHEVREAUX AGGREGATES, INC.; and GREEN VISTA HOLDINGS, LLC, Successor in Interest of CHEVREAUX AGGREGATES, INC.,<br><br>　　　　　Respondent. | No. 11-CV-02228-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

NOTICE IS HEREBY GIVEN that Petitioner and Respondent GREEN VISTA HOLDINGS, LLC ("GVH") stipulate to voluntarily dismiss Respondent GVH from the above-captioned action with prejudice.  Petitioner and Respondent GVH have agreed upon a resolution of this matter with each side bearing its own fees and costs. Accordingly, Petitioner and Respondent GVH respectfully request that the Court dismiss the action against GREEN VISTA HOLDINGS, LLC.

This stipulation does not affect the status of Respondent CHEVREAUX AGGREGATES, INC.

Dated:  June 6, 2012                    WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation


                                        */s/ Daniel S. Brome*
                                    By: DANIEL S. BROME
                                        Attorneys for Petitioner


Dated:  June 6, 2012                    PALMER KAZANJIAN WOHL HODSON LLP


                                    By: LARRY M. KAZANJIAN
                                        Attorneys for Respondent
                                        GREEN VISTA HOLDINGS, LLC

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 11-CV-02228-MCE-KJN

**ORDER**

Petitioner has resolved this matter with respect to Respondent GREEN VISTA HOLDINGS, LLC, and requested that this Court dismiss that Respondent with prejudice.

IT IS HEREBY ORDERED that the action against Respondent GREEN VISTA HOLDINGS, LLC, be dismissed pursuant to the foregoing Stipulation with prejudice.

Dated:  June 11, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER
Case No. 11-CV-02228-MCE-KJN